**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 26-cv-23225-EA**

**Jorge Gonzalez Galvez**,

       Petitioner,

v.

**Garrett Ripa, ICE Field Office Director** *and*
**Assistant Field Office Director**,

       Respondents.

_____/

## ORDER TO RESPOND

This cause comes before the Court on a *sua sponte* review of the record.  The Court takes no position on the merits of the Petition [ECF No. 1] or claims contained therein.  However, to permit proper consideration of the Petition, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. Respondents **shall** brief the Court's subject matter jurisdiction under 8 U.S.C. §§ 1252(b)(9) and/or (g) **and, in the alternative**, address the merits of Petitioner's claims.

2. Respondents shall have **14 days** from the issuance of this Order to file a Response to the Petition.  The Response **shall** (1) clearly outline Petitioner's path through the immigration proceedings up to Respondents' filing date; (2) specify whether Petitioner is subject to a final order of removal and, if Petitioner *is* subject to a final order of removal, the date on which the final order was entered, and (3) all relevant documents and transcripts, either in support of those facts or necessary for the resolution of this matter.

3. Petitioner may, but need not, file a Reply.  If Petitioner elects to file a Reply, it shall be due **within 14 days** of the date on which the Response is filed and shall not exceed 10 pages.

*See* S.D. Fla. L.R. 7.1(c)(2).  The Court will not consider an untimely Reply.  *See* Rules 1(b), 5(e), Rules Governing Section 2254 Cases in the United States District Courts.

4.  In light of Petitioner's payment of the Clerk's $5.00 filing fee [ECF No. 4], Petitioner's Motion for Leave to Proceed *in forma pauperis* [ECF No. 3] is **DENIED AS MOOT**.

5.  **Nothing in this Order should be construed as a comment on the ultimate merits of the Petition or the claims contained therein**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 15th day of June 2026.



**ED ARTAU**
**UNITED STATES DISTRICT JUDGE**

Copies Served:

**Jorge Gonzalez Galvez,** *pro se*
A# 022692578
Krome North Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, FL 33194

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov